IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **WASEEM DAKER,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:04-CV-392 |
| **JAMES E. DONALD, et al.,** | : | |
| **Defendants** | : | |

## ORDER

Plaintiff, an inmate at Central State Prison, filed this complaint pursuant to 42 U.S.C. § 1983 alleging deliberate indifference to his serious medical and dental needs. The matter is now before the Court on the Magistrate Judge's Report and Recommendation to (1) deny the request for a preliminary injunction, (2) dismiss the claims against Suber and Nelson and to dismiss them as defendants, (3) dismiss the retaliation and grievance claims against Gordon and (4) dismiss the GDOC as a defendant. Having carefully reviewed the Recommendation and Plaintiff's objections thereto, the Recommendation is ADOPTED and made the order of the Court. Plaintiff's motion for an evidentiary hearing on the Recommendation is DENIED.

SO ORDERED this 24th day of May, 2005.


s/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**