IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WASEEM DAKER,

                Plaintiff

    VS.

JAMES E. DONALD, et al.,

                Defendants

NO. 5: 04-CV-393 (WDO)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

## O R D E R

In accordance with provisions of the *Prison Litigation Reform Act*, a **Waiver of Reply** has been filed on behalf of defendants WILLIAMS, REESE, ADAMS, DONALD and ALI. The filing of such a waiver compels the court to review plaintiff's complaint and determine whether plaintiff has a "reasonable opportunity to prevail on the merits" of his claim(s). Upon conducting such a review, the undersigned finds that plaintiff does have a reasonable opportunity to prevail herein on the merits of his complaint against the defendants, at least to the extent that <u>further factual and legal development is necessary</u>. However, only plaintiff's claim of retaliation will be considered.

Accordingly, IT IS ORDERED AND DIRECTED that the defendants shall **WITHIN THIRTY (30) DAYS** of receipt of this order file an answer to plaintiff's complaint and/or any dispositive motion(s) as may be permitted by the **FEDERAL RULES OF CIVIL PROCEDURE**.

SO ORDERED AND DIRECTED, this 2nd day of NOVEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE